

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00127-CV

_____

GERALD L. MARSHALL, JR., Appellant

V.

GREEN TREE SERVICING, LLC, SUCCESSOR BY MERGER TO WALTER MORTGAGE
COMPANY, LLC, Appellee

On Appeal from the County Court
Henderson County, Texas
Trial Court No. 7231

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Gerald L. Marshall, Jr., has appealed, pro se, from an order issued by the County Court of Henderson County,[1] Texas, denying his appeal from a ruling of a justice court. The clerk's record has been filed, and the appellant's brief was originally due to be filed on November 22, 2013. It was not filed, and this Court sent a letter to Marshall on December 12, 2013, directing him to file his brief within fifteen days of the date of our letter, to be received on or before December 27, 2013, along with an explanation of his failure to timely file the brief as required by the Rules. We further informed him that if he failed to do so, his appeal would be subject to dismissal for want of prosecution. TEX. R. APP. P 38.8(a)(1).

As of the date of this opinion, the brief has not been filed, and Marshall has not contacted this Court in any fashion.

We dismiss the appeal for want of prosecution.


                                        Jack Carter
                                        Justice


Date Submitted:     January 14, 2014
Date Decided:       January 15, 2014

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.